UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARINO NUNEZ,<br>　　　　Petitioner,<br>v.<br>UNITED STATES OF AMERICA,<br>　　　　Respondent. | Civil Action No. 04-CV-10993-RCL |

## MOTION FOR EXTENSION OF TIME

The United States respectfully moves for an extension of time until October 29, 2004, to respond to this Petition.

In support of this request, the government notes that this case had been recently assigned to the undersigned counsel. In this case, the Petitioner raises four separate fact-based grounds for his Petition: Speedy Trial Act, Confrontation Clause, ineffective assistance of counsel, and Sentencing Guidelines questions regarding his leadership role. Given the numerous and diverse bases alleged for modification or vacation of Petitioner's sentence, counsel requires time to review the files and research the issues.

Accordingly, the government respectfully moves for an extension of time until October 29, 2004 to respond to this Petition.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　MICHAEL J. SULLIVAN
　　　　　　　　　　　　　　　　　　　United States Attorney

By:　_____
　　　　NANCY RUE
　　　　Assistant U.S. Attorney
　　　　9200 J. Jos. Moakley U.S. Courthouse
　　　　One Courthouse Way
　　　　Boston, MA 02210
　　　　(617) 748-3260

Dated: July 19, 2004

## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the U.S. mail a copy of the same in an envelope bearing sufficient postage for delivery:

Marino Nunez
Petersburg F.C.C.
P.O. Box 1000
Petersburg, VA 23804