UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARINO NUNEZ,

        Petitioner,

v.

UNITED STATES OF AMERICA,

        Respondent.

Civil Action No. 04-CV-10993-RCL

## NOTICE OF APPEARANCE

Please take note that Nancy Rue, Assistant United States Attorney for the District of Massachusetts, will be appearing on behalf of the United States of America in this action.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
NANCY RUE
Assistant U.S. Attorney
9200 J. Jos. Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210
(617) 748-3260

Dated: July 19, 2004

## CERTIFICATE OF SERVICE

    This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the U.S. mail a copy of the same in an envelope bearing sufficient postage for delivery:

    Marino Nunez
    Petersburg F.C.C.
    P.O. Box 1000
    Petersburg, VA 23804