UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Marino Nunez
_____
Plaintiff

v.

United States of America
_____
Defendant

CIVIL ACTION

NO. 04-10993 RCL

## ORDER RETURNING PLEADINGS

Lindsay D.J.

On 11/12/04 the Clerk received your Traverse to Government's Response

for filing in the above-entitled action, however, it is hereby ORDERED that the above document(s) be returned for the reason(s) checked below:

( ) The certificate of service does not conform to Local Rule 5.2(b)(2) because it is not on the bottom of, or in the margin, of the last page of the paper to which it relates or is not single-spaced.

( ) The papers or documents do not conform to Local Rule 5.1(a) because:

  ( ) Board of Bar Overseers Registration Number has not been provided.

  ( ) 8 1/2" x 11" paper has not been used.

  ( ) A backer is attached.

  ( ) The documents are not properly bound.

  ( ) The text is not double-spaced.

  ( ) The discovery request or response text is not single-spaced.

( ) Motion to amend to add party is not accompanied by certificate regarding service on new party pursuant to Local Rule 15.1(B).

( ) Discovery documents are not to be filed with the Court pursuant to Local Rule 26.6(A).

( ) The discovery motion(s) is/are not accompanied by the certification of personal consultation required by Local Rule 7.1(A)(2), 26.2(C) and 37.1(B).

( ) Other  Need Leave of Court to file this Pleading

11/17/04
DATE

Judge Reginald C. Lindsay
UNITED STATES DISTRICT JUDGE
signed by Deputy Clerk: Don Stanhope

[o.]

(Retndocs.ord - 09/92)