# LAW OFFICES OF
# BARRY P. WILSON

BARRY P. WILSON
EDWARD N. HARRINGTON

MAILING ADDRESS:
240 COMMERCIAL STREET
SUITE 5A
BOSTON, MASSACHUSETTS 02109
617-248-8979
FAX 617 523-8700

November 30, 2004

Clerk – Criminal
United States District Court
John Joseph Moakely U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:    *United States v. Tony Texiera*
       No. M~~J-04-815-MBB~~    04-10165-RCL

Dear People:

On October 22, 2004 I filed a Motion for Bail on behalf of my client, Tony Texiera. I am writing now to request that the matter be marked up for hearing before Judge Bowler.

Thank you.

Very truly yours,

Barry P. Wilson

BPW/eh
Enc.
Cc:    Timothy Feely, AUSA
       Tony Texiera

UNITED   STATES   DISTRICT   COURT
FOR   THE DISTRICT   OF  MASSACHUSETTS

MARINO NUNEZ,                    )
          Movant,               )
                                )
v.                              )
                                )        Civil No.04-10993
UNITED STATES OF AMERICA         )
          Respondent,           )
                                )
                                )

----------------------
## MOTION TO SUPPLEMENT
----------------------

Comes Now, the movant Marino Nunez pro-se,respectfulling moving
this honorable court to issue an order to grant the movant leave
to supplement a previous pleading.

Upon motion of a party the court may, upon reasonable notice
and upon such terms as are just,permit the party to serve a
supplemental pleading setting fourth transaction or occurences or
events which have happenedsince the date of the pleading sought
to be supplemented.  Permission may be granted even though the
original pleading is defective in its ststement of a claim for
relief or defense. See Rule 15(d) Fed.Rules Civil.P.

----------------
## CASE SUMMARY
----------------

On November 12, 2004 the clerk recieved a traverse from the
movant opposing the governments response asking the court to
denie the movants pervious submitted 2255. On November 24, 2004
the movant recieved an order for the return of his traverse or
pleading See attached order.

## MOVANTS DISPOSITION

It's contended that a relevant occurance has taken place since
time of the original pleadings. The occurance being the United
States Supreme Courts recent decision in Blakely v. Washington,
2004 WL 1402697. Furthermore in-relation to Blakely, the federal
system now awaits the Supreme Courts decision as to the constit-
utionality of the U.S.S.G. and it application.United States v Booker,
cert.granted(NO.04-104)and United States v. Fanfan,cert.granted
(NO.04-105).

Therefore, inorder to spare judical resources as to additional filings to restore a constitutional right its requested that the court allow the motion to be proper before the court for good cause shown.

Respectfully submitted

*Marino Nunez* #23724038
Marino Nunez
FCC Petersburg Low
P.O. Box,# 1000
Petersburg Virginia, 23804-1000

C E R T I F I C A T E   O F   S E R V I C E

I marino Nunez **do** declare that true and correct copies of the foregoing motion were placed in the institutions legal mail box on this __24__ day of November, 2004, addressed to the following;

Michael J. Sullivan AUSA
John Joseph Moakley US Courthouse
One Courthouse Way, Suite #9200
Boston MA 02210

U.S. District Court
Office of the Clerk
John Joseph Moakley US Courthouse
One Courthouse way, Suite #2300
Boston Ma 02210

*Marino Nunez* #23724038
Marino, Nunez