Petersburg, February 1, 2005


IN RE: Marino Nunez
       Civil No. 04-10993-RCL
       Criminal No. 01-10260


Dear Honorable Reginald C. Lindsay;

On November 9, 2004 I filed a traverse opposing the government's response from my motion under Section 2255 which was filed on May 13, 2004. In my traverse I claimed that I was entitled to relief under the U.S. Supreme Court's decision in **Blakely v. Washington**, 2004 WL1402697 (June 24, 2004). In addition I asked the court to grant leave to place my Section 2255 in abeyance pending the outcome in U.S. v. Booker (No. 04-104) and U.S. v. Fan Fan (No. 04-105). Thereafter my traverse was returned by the clerk stating that I needed permission in order to file such traverse. So thereafter I filed a motion requesting permission and it was granted. I then sent the traverse back.

Now since my conviction si not yet final and my case is applicable to the new rule of constitutional law as held in Booker and Fan Fan, I ask your honor to appoint me counsel pursuant to rule 8(c) or issue a mandate in order to amend the previously submitted Section 2255 or just resentence me for what I was only indicted on and admitted to as to the drug amount - to exclude any attributed amounts and the (4) level leadership enhancement. Thank you.

Respectfully submitted,

*Marino Nunez* (signature)

MARINO NUNEZ No. 23724-038
FCC LOW Petersburg
P.O. Box 1000
Petersburg, VA. 23804