Marino Nunez
Reg No. 23724-038
FCC Petersburg
P.O. Box 1000
Petersburg, VA 23804

June 20, 2005

The Clerk of Court
U.S. District Court
District of Massachusetts
John Joseph Moakley US Courthouse
One Courthouse Way, Suite 2300
Boston, MA 02210

RE: Status, Marino Nunez v. U.S. of America    CA #04-10993 RCL

Dear Sir/Madame:

    I am writing to inquire into the status of my pending case, Civil Action number (CA #04-10993 RCL).

    On May 7, 2004, I filed a Section 2255 Motion, raising numerous arguments (1) Nunez Was Erroneously And Unlawfully Enhanced For A Leadership And/Or Organizer Role, (2) Nunez Did Not Commit The Offenses Pled Guilty to While On Probation, And Evidence Used To Make That Determination Violated Nunez Due Process And Confrontation Clause Rights and (3) Nunez's Speedy Trial Act Rights Were Violated, And His Attorneys Failed To Either Move For Dismissal Or Raise The Issue On Appeal.

    On October 29, 2004, the Government responded to my Section 2255 Motion. On November 9, 2004, I filed a "Traverse To Government's Response."

    On November 12, 2004, in an "Order Returning Pleadings", this office stated that "the clerk received your "Traverse to Government's Response for filing in the above-entitled action, however, it is hereby ORDERED that the above document(s) be returned for the reason(s) checked below:
        Other: Need leave of court to file this pleading.

    Since November 12, 2004, I have not heard anything or any traverse ruling pertaining to my case. Please could you advise on the "status"

on my case at your earliest convenience.

Thank you for your time in this urgrnt matter.

					Sincerely,

					*[signature]*
					Marino Nunez