MARINO NUNEZ (23724-038)
PETERSBURG FCC (LOW)
P.O. BOX 1000
PETER:SBURGY VA 23804

FILED
IN CLERKS OFFICE
2006 MAR 16  P 12:06
U.S. DISTRICT COURT
DISTRICT OF MASS.

March 10, 2006

Clerk, U.S. District Court
District of Massachusetts
Hon. REginald C. Lindsay, U.S.D.J.
One Courthouse Way, Suite 2300
Boston, MA 02210

                Re: U.S.A. v. NUNEZ
                    Civ. No. 04-10993-RCL
                    Crim. No. 01-10260
                    CA1# 03-1265

Dear Sir/ Madam:

This is a letter inquiring into the status of the pending 28 USC § 2255 motion in the above-referenced matter.

On January 23, 2006, I filed an application to surther supplement my 2255 petition, under Rule 15(d), F.R.C.P., in light of the Supreme Court's decision in U.S. v. Booker, 160 L.Ed.2d 621 (2005), with proof of service on the U.S. Attorney for the District of Massachusetts. However, to date I have neither received acknowledgement from the court that my pleadings were received nor from the Government in the form of any type response, opposition, or otherwise.

These are very critical matters for me, as they should very well result in this court ordering my immediate release from custody upon my prevailing.

Please at least let me know that the court received my pleading dated January 23, 2006, and further advise me as to the status of the petition itself. Any consideration will be deeply appreciated.

                                              Yours truly,

                                              *Marino Nunez*
                                              MARINO NUNEZ